PEOPLE EX REL. ABRAHAM ALDERMAN v. MONTCALM CIRCUIT JUDGE.

*New trial ordered by trial judge on discovery of interest in case.*

An order by a trial judge vacating a judgment and ordering a new trial on the ground that he had, as he supposed, discovered that he had a personal interest in the case, is proper and will not be reviewed; he has, besides, the right to grant new trials in his discretion.

MANDAMUS. Relator had judgment in a case tried by respondent. After the case had gone to judgment, the judge discovered as he supposed, that he was sufficiently interested in the matters involved, to bring him within the statutory prohibition against the trial of a case by an interested person, and he accordingly vacated the judgment and ordered a new trial. Relator moves for an order to respondent to show cause why he should not be compelled to vacate this order. Submitted Oct. 7. Denied Oct. 8.

*Champlin & More* and *W. O. Webster* for the motion.

PER CURIAM. The judge acted properly in setting aside the judgment if there was any question as to his interest in the case. He has a right to grant new trials in the exercise of a fair discretion, and we are not disposed in the exercise of our own discretion to inquire whether his interest was such as legally to disqualify him. He acted wisely and honorably in yielding to the doubt, and we shall not interfere.

Motion denied.